ROBERT S. AARON (SBN 138903)
TIMOTHY C. WILSON (SBN 173928)
AARON & WILSON, LLP
33 New Montgomery Street, Sixth Floor
San Francisco, California 94105
Telephone:   (415) 537-0700
Facsimile:   (415) 537-0070

**Attorneys for Plaintiff**
JAMES BOSCH

DAVID B. DEMO (SBN 153997)
LHB PACIFIC LAW PARTNERS, LLP
5858 Horton Street, Suite 370
Emeryville, CA  94608
Telephone:   (510) 841-7777
Facsimile:   (510) 847-7776

**Attorneys for Defendant**
FIRST FINANCIAL INSURANCE
COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BOSCH, <br><br> Plaintiff, <br><br> v. <br><br> FIRST FINANCIAL INSURANCE COMPANY, and DOES 1 through 100, <br><br> Defendants. | Case No. C04-3837 SBA <br><br> **STIPULATION AND MODIFIED PROPOSED ORDER RE 15-DAY EXTENSION OF DEADLINE FOR FILING PRETRIAL MATERIALS** <br><br> Date:   April 27, 2006 <br> Ctrm:   3 <br> The Honorable Saundra Brown Armstrong <br> Trial:   June 5, 2006 |

The parties hereto, by and through their respective counsel of record, hereby submit this joint stipulated ex parte request for relief.

At the outset, the parties wish to express that this request is not made lightly, as the parties are keenly mindful of the court's sentiments expressed in its last order dated April 5, 2006.  By neither this request, nor any others, do they intend to portray any attitude of disregard for the Court's explicit directives or to attempt any circumvention of the Court's pretrial orders in any way.  On the contrary, the parties respect the current schedule established by the court and intend to continue honoring it.

A.     The Status Quo

The parties have filed cross motions on the underlying insurance coverage issue which forms the basis for this insurance breach of contract and insurance bad faith action. Defendant's motion for summary judgment, and plaintiff's motion for partial summary judgment based on those issues, both are pending before the court and scheduled to be heard on May 2, 2006.

Pursuant to the "Order for Pretrial Preparation" designated Document 25 and filed on April 29, 2005, a number of pretrial materials are due to be served, filed and/or lodged with the court on the same day as the court is to consider the dispositive motions - May 2, 2005. (Order for Pretrial Preparation at 2:23-4:20.)

These required materials are due in advance of the Pretrial Conference set for May 24, 2006.

The parties are scheduled to attend a mandatory settlement conference before Magistrate Judge Spero on May 15, 2006.

B.     Relief Requested

By this application, the parties respectfully request a 15-day week extension, or up to and including May 17, 2006, within which to file the pretrial materials. The proposed new deadline would still fall on a date that is **one week before** the pretrial conference with the court and nearly **three weeks before trial**.

Regardless of the date on which the pretrial materials are to be submitted, the parties will be fully prepared for the May 24 pretrial conference as well as the trial that is set for June 5, 2006. The parties are not requesting a commensurate continuance of either the trial date or the pretrial conference.

C.     Grounds for Request

   1.     Dispositive Cross Motions Are Still Pending

This request is made on the grounds that the parties would be unable to provide the court with accurate, complete or meaningful joint pretrial materials because of the

1  pendency of the cross-motions for summary judgment.  The court is scheduled to hear
2  the cross-motions for summary judgment on May, 2, 2006, after which, depending on
3  how the court rules, only then will the parties will be able to provide an accurate and
4  meaningful Joint Pretrial Statement and other materials forthwith.  For example, if the
5  court grants either motion in whole, the issue of trial may be moot entirely, as would be
6  the need for any pretrial materials.  On the other hand, if the court grants either motion
7  in part, matters of proof, and consequently, the need for witnesses, documents and
8  exhibits, may be substantially altered from the current status quo, rendering
9  meaningless any pretrial materials premised upon the current status quo.

10       **2.      Discovery Will Still Be Open After May 2**
11       Pursuant to the court's previous order designated Document 42 and filed on April
12  6, 2006, discovery as to damages is still open and allowed to continue until May 5,
13  2006, some three days after the current deadline for pretrial materials.  Depositions
14  currently are set from May 2, 2006 to May 5, 2006.  These depositions, and pending
15  written discovery responses between the parties, will not be completed and available for
16  consideration to enable the parties to narrow the issues or at least clarify the disputed
17  issues.

18       **3.      Pretrial Materials Would be Incomplete and Not Helpful**
19       Until the court rules on the issues raised in the pending motions, the pretrial
20  materials that the parties would submit, absent a continuance as requested, certainly
21  would be incomplete and likely to be of limited help, either to the court or to the parties.
22  That is because the following issues will be shaped substantially by the court's ruling:
23  (a) the identification of the facts, if any, which the court finds to be material to the legal
24  insurance coverage issues, (b) whether any of those factual issues need to be decided
25  by a jury at trial and, if so, the identity of the witnesses that will be necessary at trial, (c)
26  what points of law the court finds might turn on determination of those factual issues, (d)
27  whether the parties therefore should submit proposed jury voir dire, jury instructions and
28

1  jury verdict forms, and if so what those materials should contain, (e) which discovery
2  excepts likely would be relevant at trial, and (f) the evidence that would be relevant at
3  trial as to the above issues still pending for possible determination by the court.
4       Wherefore, the parties respectfully make this very narrow and limited request
5  that the court extend the deadline to file the required pretrial materials to May 17, 2006.

8  Dated: April 27, 2006                AARON & WILSON, LLP

10 By _____
     TIMOTHY C. WILSON
11      **Attorneys for Plaintiff**
     JAMES BOSCH

15 Dated: April 27, 2006                LHB PACIFIC LAW PARTNERS, LLP

17 By _____
     DAVID B. DEMO
18      **Attorneys for Defendant**
     FIRST FINANCIAL INSURANCE
     COMPANY

1    Having read and considered the "Stipulation And Proposed Order Re 15-Day
2 Extension Of Deadline For Filing Pretrial Materials," and good cause appearing therefor,
3    **IT IS HEREBY ORDERED** that the parties' request is hereby granted as follows:
4    (1)    The May 2, 2006 deadline for the parties to serve, file and/or
5           lodge all required pretrial materials other than motions in
6           limine and objections to evidence (as provided in the court's
7           "Order for Pretrial Preparation" dated April 29, 2005) is
8           hereby extended from May 2, 2006 to May 16, 2006 at **12:00**
9           **p.m. (noon)**;
10   (2)    All motions in limine and objections to evidence shall be filed
11          no later than May 11, 2006.  All responses to motions in
12          limine or objections to evidence shall be filed no later than
13          **12:00 p.m. (noon)** on May 16, 2006.
14   Except as expressly set forth herein, this Order does not alter any of the
15   other deadlines set forth in the Order for Pretrial Preparation.
16   **IT IS FURTHER ORDERED THAT the parties shall also submit courtesy**
17   **copies of the aforementioned documents to chambers no later than 12:00 p.m.**
18   **(noon) on May 16, 2006.**
19   IT IS SO ORDERED.

20   Dated: April 27, 2006                    _____
21                                            SAUNDRA BROWN ARMSTRONG
                                              United States District Judge
22
23
24
25
26
27
28